UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN REYES, | No. 2:18-cv-622-TLN-EFB PS |
| Plaintiff, | |
| v. | ORDER |
| KAISER PERMANENTE, | |
| Defendant. | |

Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.[1] ECF No. 2. However, he has already paid the filing fee. His motion to proceed *in forma pauperis* is therefore denied as unnecessary.

DATED: April 3, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1).